DANIEL G. BOGDEN, NVBN 2137
United States Attorney
District of Nevada

LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8977
Facsimile: (415) 744-0134
E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLES ASBERGER, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 1:14-cv-01209-RFB-PAL <br><br> **UNOPPOSED MOTION FOR EXTENSION OF TIME** <br> (*FIRST REQUEST*) |

Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Cross-Motion to Affirm by 30 days from March 2, 2015, to and including April 1, 2015.

Defendant respectfully requests this extension due to a heavy workload, including several other district court cases, despite due diligence. Defendant therefore needs additional time to properly address the issues Plaintiff raises in his Motion for Reversal and/or Remand. This request is made in good faith with no intention to unduly delay the proceedings.

On February 26, 2015, Counsel for Defendant conferred with Plaintiff's counsel who had no objection to this motion.

Respectfully submitted this 26th day of February 2015.

        DANIEL G. BOGDEN
        United States Attorney

        */s/ Lynn M. Harada*
        LYNN M. HARADA
        Special Assistant United States Attorney

OF COUNSEL:

DONNA L. CALVERT
Regional Chief Counsel, Region IX

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 5, 2015

**CERTIFICATE OF SERVICE**

I, **LYNN M. HARADA,** certify that the following individual was served with a copy of the **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date and via the method of service identified below:

**CM/ECF:**

Marc V. Kalagian
Rohlfing & Kalagian, LLP
211 E. Ocean Blvd., Suite 420
Long Beach, CA 90802
Marc.Kalagian@rksslaw.com

Dated this 26th day of February 2015.

            */s/ Lynn M. Harada*
            **LYNN M. HARADA**
            Special Assistant United States Attorney