DANIEL G. BOGDEN, NVBN 2137
United States Attorney
District of Nevada

LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8977
Facsimile: (415) 744-0134
E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES ASBERGER,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　Defendant. | Case No. 2:14-cv-01209-RFB-PAL<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(*SECOND REQUEST*) |

　　Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Cross-Motion to Affirm by 30 days from April 1, 2015, to and including May 1, 2015.

　　Defendant respectfully requests this extension due to a heavy workload, including several other district court cases, despite due diligence, and because Defendant was out of the office for several days. Defendant therefore needs additional time to prepare a response in this matter and properly address the

issues Plaintiff raises in his motion. This request is made in good faith with no intention to unduly delay the proceedings. This is Defendant's second request for an extension.

On April 1, 2015, Counsel for Defendant conferred with Plaintiff's counsel who had no objection to this motion.

Defendant sincerely apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted this 1st day of April 2015.

>           DANIEL G. BOGDEN
>           United States Attorney
>
>           */s/ Lynn M. Harada*
>           LYNN M. HARADA
>           Special Assistant United States Attorney

OF COUNSEL:

DONNA L. CALVERT
Regional Chief Counsel, Region IX

>           IT IS SO ORDERED:
>
>           _____
>           UNITED STATES MAGISTRATE JUDGE
>
>           DATED: April 7, 2015

**CERTIFICATE OF SERVICE**

I, **LYNN M. HARADA,** certify that the following individual was served with a copy of the **UNOPPOSED MOTION FOR EXTENSION OF TIME (*SECOND REQUEST*)** on the date and via the method of service identified below:

**CM/ECF:**

Marc V. Kalagian
Rohlfing & Kalagian, LLP
211 E. Ocean Blvd., Suite 420
Long Beach, CA 90802
Marc.Kalagian@rksslaw.com

Dated this 1st day of April 2015.

                                         */s/ Lynn M. Harada*
                                         **LYNN M. HARADA**
                                         Special Assistant United States Attorney